UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bryce Odom, Plaintiff, v. Commissioner of Social Security, Defendant. | Civil No. 1:26-cv-04948-SLC<br><br>~~PROPOSED~~<br>SCHEDULING ORDER |

IT IS HEREBY ORDERED that:

| Action | Due Date |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | November 18, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | January 20, 2027 |
| Plaintiff's Reply (if any) | February 9, 2027 |

SO ORDERED: September 4, 2026

Sarah L Cave

Honorable Sarah L. Cave
United States Magistrate Judge